# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| IN THE MATTER OF THE SEARCH OF: daverwwake@gmail.com THAT IS STORED AT PREMISES CONTROLLED BY GOOGLE LLC. | Case No. 2:23-mj-00849-EJY **ORDER** |

Based on the government's motion, and good cause appearing therefore, IT IS HEREBY ORDERED that the instant case shall be unsealed.

**DATED** this <u>14th</u> day of October, 2025.

_____
HONORABLE ELAYNA J. YOUCHAH
UNITED STATES MAGISTRATE JUDGE

1